Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Alexander Stepanov*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER STEPANOV,<br><br>           Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., SILVER STATE SCHOOLS CREDIT UNION, TOYOTA MOTOR CREDIT CORPORATION, AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendants. | Case No: 2:15−cv−02270−APG−NJK<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br>[First Request] |

**STIPULATION AND ORDER**

Plaintiff Alexander Stepanov ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (jointly as the "Parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to BANA's motion to dismiss [ECF No. 13].

WHEREAS, on August 5, 2015, Plaintiff her Complaint in the Eighth Judicial District Court, District of Nevada;

WHEREAS, this case was removed to this Court on December 1, 2015;

WHEREAS, BANA filed a Motion to Dismiss on December 18, 2015;

WHEREAS, Plaintiff's Response to BANA's Motion to Dismiss is due on January 4, 2016;

WHEREAS, the Parties agree to extend Plaintiff's time to respond to BANA's Motion to Dismiss to discuss potential resolution of this matter;

WHEREAS, this is the first request for an extension of this deadline by the Parties.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

(1) Plaintiff shall have until January 25, 2016 to respond to BANA's Motion to Dismiss [ECF No. 13].

**IT IS SO STIPULATED.**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 5, 2016.

1  DATED this 4th day of January 2016.

2  **KAZEROUNI LAW GROUP, APC**

3

4  By: /s/ Michael Kind
Michael Kind, Esq.
5  7854 W. Sahara Avenue
Las Vegas, NV 89117
6  800-400-6808 x7
Fax: 800-520-5523
7
Email: mkind@kazlg.com
8  *Attorney for Plaintiff*

9

10  **AKERMAN LLP**

11  By: /S/ Matthew I Knepper
Matthew I Knepper, Esq.
12  1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
13
702-383-8966
14  Fax: 7026345000
Email: matthew.knepper@akerman.com
15
*Attorneys for Defendant Bank of America, N.A.*
16