UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER STEPANOV, | Case No. 2:15-cv-02270-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| BANK OF AMERICA, N.A., et al., | (Docket No. 35) |
| Defendant(s). | |

Pending before the Court is a stipulation to extend all discovery deadlines in this case. Docket No. 35. All stipulations to extend deadlines set forth in the scheduling order must establish "good cause' for the requested extensions, which in turn focuses on the parties' diligence and whether they were unable to comply with the current deadlines notwithstanding diligence. *See, e.g.*, Local Rule 26-4; *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Moreover, stipulations that are not timely filed must also include a showing of excusable neglect. *See, e.g.*, Local Rule 26-4. In this instance, the stipulation seeks to extend numerous deadlines that have already expired and was filed less than two weeks before the discovery cutoff. *Compare* Docket No. 35 *with* Docket No. 22. The pending stipulation fails to establish either good cause or excusable neglect for the requested relief. Accordingly, the stipulation is hereby **DENIED**.

IT IS SO ORDERED.

DATED: May 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge