Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER STEPANOV,<br><br>         Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., SILVER STATE SCHOOLS CREDIT UNION, TOYOTA MOTOR CREDIT CORPORATION and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>         Defendants. | Case No.: 2:15-cv-02270-APG-NJK<br><br>**JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br><br>**ORDER** |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Alexander Stepanov and Defendant Experian Information Solutions, Inc. ("Experian") move this Court to dismiss with prejudice Plaintiff's claims against Experian in this case. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 15th day of June 2016.

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorney for Plaintiff*

Snell & Wilmer LLP

By: /s/   Bob L. Olson
Bob L. Olson, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____June 15, 2016_____