**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ALEXANDER STEPANOV,

    Plaintiff,

v.

BANK OF AMERICA, N.A., *et al.*,

    Defendants.

Case No. 2:15-cv-02270-APG-NJK

**ORDER STAYING DEADLINES AND SETTING DATE FOR FILING DISMISSAL DOCUMENTS**

In light of the notice of settlement (ECF No. 39),

IT IS ORDERED that all pending dates, deadlines, and filing requirements as to defendant Silver State Schools Credit Union are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss as to defendant Silver State Schools Credit Union on or before August 5, 2016.

DATED this 12th day of July, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE