Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER STEPANOV,<br><br>  Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., SILVER STATE SCHOOLS CREDIT UNION, TOYOTA MOTOR CREDIT CORPORATION and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No.: 2:15-cv-02270-APG-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT SILVER STATE SCHOOLS CREDIT UNION**<br><br>**ORDER** |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Alexander Stepanov and Defendant Silver State Schools Credit Union stipulate to dismiss with prejudice Plaintiff's claims against Silver State Schools Credit Union only.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 2nd day of August 2016.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Brooks Hubley, LLP**

By: /s/  Ramir Mitchell Hernandez
Michael R Brooks, Esq.
Ramir Mitchell Hernandez, Esq.
1645 Village Center Circle, Suite 60
Las Vegas, NV 89134
*Attorneys for Silver State Schools Credit Union*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 3, 2016